# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.   16-cv-02227-RM-KMT

THE ESTATE OF ROBERT VALLINA;
JUAN J. VALLINA, personally; and
MARTHA VALLINA, personally and as personal representative of the estate of Robert Vallina, deceased;

    Plaintiffs,

v.

GABRIELA L. PETRESCU, M.D., in her official and individual capacities,

    Defendant.

## *AMENDED* FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order (Doc. 52) of Judge Raymond P. Moore entered on January 2, 2019, it is

ORDERED that judgment is entered in favor of Defendant Gabriela L. Petrescu, M.D.; and against Plaintiffs, the Estate of Robert Vallina; Juan J. Vallina, and Martha Vallina.   It is

*FURTHER ORDERED that this case is closed.*

Dated at Denver, Colorado this 2nd day of January, 2019.

                        FOR THE COURT:
                        JEFFREY P. COLWELL, CLERK

                By:   s/   C. Pearson
                        C. Pearson, Deputy Clerk